IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH MARTIN, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| : | No. 11-CV-3977 (JCJ) |
| : | |
| NCO FINANCIAL SYSTEMS, INC., : | |
| : | |
| Defendant. : | |

**ORDER**

AND NOW, this 5th day of October, 2011, the Stipulation to Dismiss (Doc. No. 5) pursuant to the provisions of Local Rule of Civil Procedure 41.1(b) having been forwarded to the Court for approval, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel, without costs.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.